■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHELE PUGLIESE, Appellant. [865 NYS2d 588]—Appeals by the defendant, as limited by his motion, from two sentences of the Supreme Court, Kings County (Walsh, J.), both imposed August 2, 2007, under indictment Nos. 945/05 and 3844/06, respectively, on the ground that the sentences were excessive.

Ordered that the sentences are affirmed. No opinion. Prudenti, P.J., Lifson, Ritter, Balkin and Leventhal, JJ., concur.